UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DAVID BRADFORD,

Defendant.

17-CR-662-03 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the defendant's letter at Dkt. No. 201. The government shall file a response to this letter by **September 9, 2022**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 30, 2022
New York, New York